IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETE R. CORDERO,<br><br>          Petitioner,<br><br>     vs.<br><br>HOREL, Warden,<br><br>          Respondent.<br>_____/ | 1:06-cv-1873 OWW DLB (HC)<br><br>ORDER GRANTING PETITIONER'S MOTION FOR EXTENSION OF TIME TO FILE REPLY TO OBJECTIONS TO FINDINGS AND RECOMMENDATIONS<br><br>(DOCUMENT #22)<br><br>THIRTY DAY DEADLINE |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On November 6, 2007, petitioner filed a motion to extend time to file his reply to respondent's objections to findings and recommendations. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner is granted thirty days from the date of service of this order in which to file his reply to the objections to findings and recommendations.

     IT IS SO ORDERED.

**Dated:    November 27, 2007**                    **/s/ Dennis L. Beck**
                                                    UNITED STATES MAGISTRATE JUDGE