# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETE R. CORDERO, | CV F   06-1873 OWW DLB HC |
| Petitioner, | ORDER ADOPTING FINDINGS AND RECOMMENDATION, DISMISSING PETITION FOR WRIT OF HABEAS CORPUS AS UNTIMELY, AND DECLINING TO ISSUE CERTIFICATE OF APPEALABILITY |
| v. | |
| HOREL, Warden, | |
| Respondent. | [Doc. 26] |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On November 18, 2008, the Magistrate Judge issued Findings and Recommendation that the Motion to Dismiss be GRANTED.  This Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty (30) days of the date of service of the order.  Over thirty (30) days have passed and no party has filed objections.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the Court finds that the Findings and Recommendation is supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation issued November 18, 2008, is ADOPTED IN FULL;

2. The Motion to Dismiss is GRANTED;

1   3.   The Petition for Writ of Habeas Corpus is DISMISSED, with prejudice;

2   4.   The Clerk of the Court is DIRECTED to close this action; and,

3   5.   The court declines to issue a Certificate of Appealability.  28 U.S.C. § 2253(c);

4        <u>Slack v. McDaniel</u>, 529 U.S. 473, 484 (2000) (in order to obtain a COA,

5        petitioner must show: (1) that jurists of reason would find it debatable whether the

6        petition stated a valid claim of a denial of a constitutional right; and (2) that jurists

7        of reason would find it debatable whether the district court was correct in its

8        procedural ruling.  <u>Slack v. McDaniel</u>, 529 U.S. 473, 484 (2000).  In the present

9        case, the Court does not find that jurists of reason would not find it debatable

10       whether the petition was properly dismissed, with prejudice, as time-barred under

11       28 U.S.C. § 2244(d)(1).   Petitioner has not made the required substantial showing

12       of the denial of a constitutional right.

13  IT IS SO ORDERED.

14  **Dated:   December 18, 2008**                      **/s/ Oliver W. Wanger**
                                                        UNITED STATES DISTRICT JUDGE